```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 08824
   JESSIE RANDOLPH JR
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1666

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was confirmed 07/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED        1085.71            .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        2020.73            .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
HSBC/KMART                 UNSECURED       NOT FILED           .00           .00
O R I F A C                UNSECURED       NOT FILED           .00           .00
T MOBILE                   UNSECURED       NOT FILED           .00           .00
TARGET                     UNSECURED       NOT FILED           .00           .00
VERIZON WIRELESS           UNSECURED        1004.86            .00           .00
AMERICAS SERVICING COMPA   MORTGAGE NOTI   NOT FILED           .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC   12491.63          66.18       1221.82
SANTANDER CONSUMER USA     UNSECURED       NOT FILED           .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG       .00             .00           .00
HOUSEHOLD MORTGAGE SERVI   UNSECURED       NOT FILED           .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE       .00             .00           .00
NUVELL CREDIT CO LLC       UNSECURED        8196.84            .00           .00
HSBC MORTGAGE SVCS         CURRENT MORTG       .00             .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE NOTI   NOT FILED           .00           .00
GMAC                       UNSECURED       20325.10            .00           .00
MARZILLA RANDOLPH          NOTICE ONLY     NOT FILED           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY     2,700.00                          .00
TOM VAUGHN                 TRUSTEE                                        112.00
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    1,400.00

PRIORITY                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08824 JESSIE RANDOLPH JR
```

```
SECURED                                                        1,221.82
    INTEREST                                                      66.18
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             112.00
DEBTOR REFUND                                                       .00
                                       ---------------   ---------------
TOTALS                                        1,400.00          1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/24/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                          PAGE   2
CASE NO. 08 B 08824 JESSIE RANDOLPH JR